NO. 07-04-0241-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL A

SEPTEMBER 8, 2004

_____

KENNETH AND DAWN DESCHLER, APPELLANT

V.

GIRISH VALLABHAN, M.D., APPELLEE

_____

FROM THE 237TH DISTRICT COURT OF LUBBOCK COUNTY;

NO. 2003-522,667; HONORABLE SAM MEDINA, JUDGE

_____

Before JOHNSON, C.J., and REAVIS and CAMPBELL, JJ.

**MEMORANDUM OPINION**

On September 7, 2004, appellants, Kenneth and Dawn Deschler, filed a Motion for Voluntary Dismissal pursuant to TEX. R. APP. P. 42.1(a)(2)[1] based on an agreement resolving the underlying dispute. The motion includes a certificate of service that counsel

_____

[1]A rule of appellate procedure will hereafter be referred to as "Rule ____."

for appellee was served a copy of the motion via fax on September 2, 2004. No response to the motion has been received.

Accordingly, without passing on the merits of the case, appellant's Motion for Voluntary Dismissal is granted and the appeal is hereby dismissed. Rule 42.1(a).

All costs are assessed to appellant. Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


Phil Johnson
Chief Justice